IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| BELIA GARZA GONZALEZ Individually and as the Surviving Mother of JESUS E. ANAYA-GARZA, and as Successor-in-Interest to the Estate of JESUS E. ANAYA-GARZA | § § § § § § § | |
| *Plaintiff*, | § | Civil Action No. L-12-124 |
| vs. | § § | |
| WERNER ENTERPRISES, INC. | § § § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

At the request of Plaintiff Belia Garza Gonzalez and for the reasons stated in the Memorandum of even date, this action is DISMISSED without prejudice.

DONE at Laredo, Texas, this 20th day of February, 2013.

_____
George P. Kazen
Senior United States District Judge